ELIZABETH B. STALLARD
Nevada Bar No. 10769
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100
Email:          estallard@downeybrand.com

Attorneys for Defendant
INTERLOCK USA, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HANNA PIPER,<br><br>             Plaintiff,<br><br>v.<br><br>INTERLOCK USA, Inc., a foreign corporation,<br><br>             Defendant. | Case No. 3:21-cv-00195-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>**(First Request)** |

Pursuant to Local Rule IA6-1 of the United States District Court for the District of Nevada, Defendant INTERLOCK USA, INC. ("Defendant") and Plaintiff HANNA PIPER ("Plaintiff"), by and through their respective counsel, stipulate and agree as follows:

## RECITALS

A.     WHEREAS, on April 27, 2021, Plaintiff filed her Complaint for Damages and Injunctive Relief for Violations of American with Disabilities Act and NRS 613.330 ("Complaint").

B.     WHEREAS, on May 24, 2021, Defendant was personally served with the Complaint. Defendant's deadline to respond to the Complaint is June 14, 2021.

C.     WHEREAS, Defendant has requested, and Plaintiff has consented, to an additional 21 days for Defendant to answer or otherwise respond to the Complaint; and

D.     WHEREAS, an additional 21 days for Defendant to answer or otherwise respond to

the Complaint will not alter the date of any event or deadline already set by Court order in this matter.

**STIPULATION**

Defendant is granted an additional 21 days to answer or otherwise respond to the Complaint, which shall be filed on or before July 6, 2021.

IT IS SO STIPULATED.

DATED:  June 13th, 2021          Respectfully submitted,

                                 NEVADA LEGAL SERVICES, INC.

                                 By:   */s/ David Olshan*
                                       Rhea Gertken (SBN 9946)
                                       David Olshan (SBN 4126)
                                       Attorneys for Plaintiff
                                       HANNA PIPER

DATED:  June 13th, 2021          Respectfully submitted,

                                 DOWNEY BRAND LLP

                                 By:   */s/ Elizabeth Stallard*
                                       Elizabeth B. Stallard (SBN 10769)
                                       Attorneys for Defendant
                                       INTERLOCK USA, INC.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  June 14, 2021