1  RHEA GERTKEN, ESQ.
   Nevada Bar No. 9946
2  DAVID OLSHAN, ESQ.
   Nevada Bar No. 4126
3  NEVADA LEGAL SERVICES, INC.
   204 Marsh Avenue
4  Reno, Nevada  89509
   775-284-3491
5  Attorney for Plaintiff, HANNA PIPER

6

7

8                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
9
   **HANNA PIPER,**
10
   **Plaintiff,**                           CASE NO. 3:21-CV-0195-MMD-CLB
11
   **v.**                                   **STIPULATION FOR DISMISSAL**
12                                          **WITH PREJUDICE**

13 **INTERLOCK USA, INC.,**

14 **Defendant.**

15

16     The Plaintiff, HANNA PIPER ("Piper"), by her attorney, DAVID OLSHAN, Esq., and

17 the Defendant, INTERLOCK USA, INC., by its attorney, ELIZABETH STALLARD, Esq., do

18 hereby stipulate and agree to dismiss the underlying complaint and this action with prejudice,

19 with each side to bear their own attorney's fees and costs.

20 / / /

21 / / /

22 / / /

23

24

| | | |
|---|---|---|
| DATED: December 10, 2021 | NEVADA LEGAL SERVICES, INC. | |
| | By: | */s/ David Olshan* |
| | | DAVID OLSHAN |
| | | Attorney for Plaintiff |
| | | HANNA PIPER |
| DATED: December 10, 2021 | DOWNEY BRAND LLP | |
| | By: | */s/ Elizabeth Stallard* |
| | | ELIZABETH B. STALLARD |
| | | Attorneys for Defendant |
| | | INTERLOCK USA, INC. |

**IT IS SO ORDERED.**

DATED: December 13, 2021.

UNITED STATES DISTRICT JUDGE